IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


LILLIAN JOHNSON                                                    Plaintiff

v.                          3:06CV00133 JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,[1]                                        Defendant

### ORDER

Defendant has filed an unopposed motion to remand. Defendant intends to conduct a <u>de novo</u> hearing because significant portions of the recording of the administrative hearing are inaudible.

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . .

42 U.S.C. § 405(g) (1995).

Under the circumstances, there is good cause shown, and a remand is proper. The motion of Defendant to remand (docket #8) is hereby granted, and this case is remanded to the Commissioner. This is a "sentence six" remand. The Clerk is directed to administratively

---

[1] Michael J. Astrue was sworn in as the Commissioner of Social Security on February 12, 2007. He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P. 25(d)(1).

close this file.

    IT IS SO ORDERED.

    DATED this 16th day of April, 2007.


                                               /s/ John F. Forster, Jr.
                                               UNITED STATES MAGISTRATE JUDGE