# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LILLIAN JOHNSON                                                                                  PLAINTIFF

v.                                    CASE NO. 3:06CV00133 JTK

MICHAEL J. ASTRUE,
*Commissioner,* Social Security Administration                            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 26th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE